Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

# UNITED STATES DISTRICT COURT

for the

Northern District of Illinois

Eastern Division

**RECEIVED**

**JUL 02 2019**

**THOMAS G. BRUTON**
**CLERK, U.S. DISTRICT COURT**

Jozef Wysocki

*Plaintiff(s)*
*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

-v-

Glendale Heights, Officer Z. Pugh, and Illinois Secretary of State,

*Defendant(s)*
*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

**1:19-cv-04469**
**Judge Joan H. Lefkow**
**Magistrate Judge Gabriel A. Fuentes**

Jury Trial: *(check one)*   ☒ Yes   ☐ No

## COMPLAINT FOR A CIVIL CASE

**I.    The Parties to This Complaint**

**A.    The Plaintiff(s)**

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Jozef Wysocki |
| Street Address | 5821 North Broadway, Apt. 1306 |
| City and County | Chicago, IL |
| State and Zip Code | Illinois 60660 |
| Telephone Number | 224-875-8952 |
| E-mail Address | No email |

**B.    The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

Defendant No. 1

| | |
|---|---|
| Name | Glendale Heights |
| Job or Title *(if known)* | |
| Street Address | 300 Civic Center Drive |
| City and County | Glendale Heights |
| State and Zip Code | IL 60139 |
| Telephone Number | 630-260-6000 |
| E-mail Address *(if known)* | |

Defendant No. 2

| | |
|---|---|
| Name | Officer Z. Puch |
| Job or Title *(if known)* | Police Officer |
| Street Address | 300 Civic Center Drive |
| City and County | Glendale Heights |
| State and Zip Code | IL 60139 |
| Telephone Number | 630-260-6000 |
| E-mail Address *(if known)* | |

Defendant No. 3

| | |
|---|---|
| Name | Illinois Secretary of State |
| Job or Title *(if known)* | |
| Street Address | 213 State Capital |
| City and County | Springfield |
| State and Zip Code | IL 62756 |
| Telephone Number | 217-785-3000 |
| E-mail Address *(if known)* | |

Defendant No. 4

| | |
|---|---|
| Name | |
| Job or Title *(if known)* | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address *(if known)* | |

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

## II.     Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

☒ Federal question          ☐ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A.     If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

Violation of due process.

_____

### B.     If the Basis for Jurisdiction Is Diversity of Citizenship

1.     The Plaintiff(s)

   a.     If the plaintiff is an individual

   The plaintiff, *(name)* _____, is a citizen of the State of *(name)* _____.

   b.     If the plaintiff is a corporation

   The plaintiff, *(name)* _____, is incorporated under the laws of the State of *(name)* _____,

   and has its principal place of business in the State of *(name)*

   _____.

   *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2.     The Defendant(s)

   a.     If the defendant is an individual

   The defendant, *(name)* _____, is a citizen of the State of *(name)* _____. Or is a citizen of

   *(foreign nation)* _____.

b.  If the defendant is a corporation

The defendant, *(name)* _____ , is incorporated under
the laws of the State of *(name)* _____ , and has its
principal place of business in the State of *(name)* _____ .
Or is incorporated under the laws of *(foreign nation)* _____ ,
and has its principal place of business in *(name)* _____ .

*(If more than one defendant is named in the complaint, attach an additional page providing the
same information for each additional defendant.)*

3.  The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at
stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

III.  **Statement of Claim**

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

I am a truck driver and have been a truck driver for 29 years. During this entire time I have had a Commerical Drivers License and it has never been revoked or suspended. I must have a Commerical Drivers License to do my job. On September 14, 2017, I had just finished working and I dropped my truck off at the yard and got into my car to go home. It was 12:30 a.m. There were not many cars on the road. I drove out of the yard and was going west on North Avenue. I slowed down because the windows in my car fogged up. I pulled over to allow my windows to clear before I kept drivng. Officer Pugh pulled up behind me and wanted to know why I was going slow. I told him it was because my windows had fogged up and I wanted to wait for the windows to clear before going on because it was dangerous to drive if I couldn't see road. He told me he was going to give me a ticket for going to slow. I told him that it was not fair to give me a ticket for going to slow when the only reason I was doing so was because my wihdows fogged up and was trying to be safe. He wouldn't listen and gave me a ticket anyway. He was mad that I argued with him about giving me the ticket.

I went to the Glendale Heights police department that same day to complain about getting the ticket. The police officer I spoke with told me to go to court and tell the judge what happaned and the case would be dismissed. I went to court and told the judge what happaned and the case didn't get dismissed. Instead, the judge found me guility.

After that I got a notice from the Illinois Secretary of State saying my CDL was being revoked unless I came in and took the CDL exam again. When I sent to the Secretary of State's office they told me the reason why I had to take the CDL test again was because the police officer reported me to the Secretary of State. I was never told why my CDL was being revoked. I wasn't driving a truck when the officer gave me the ticket and wasn't causing anyone any danger. I was never given a chance to have a hearing to explain why my CDL shouldn't be revoked.

## IV.     Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

I would like my CDL license back so I can go back to work. Otherwise I can't make a living.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

## V.    Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.    For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:      07. 02. 2019

Signature of Plaintiff      *Jozef Wysocki*

Printed Name of Plaintiff      WYSOCKI JOZEF

### B.    For Attorneys

Date of signing:      6. 28. 2019

Signature of Attorney      *Wysocki Jozef*

Printed Name of Attorney      WYSOCKI JOZEF

Bar Number      _____

Name of Law Firm      _____

Street Address      _____

State and Zip Code      _____

Telephone Number      _____

E-mail Address      _____

NOTICE OF MOTION AND PETITION TO RECALL WARRANT/VACATE                                    1150(Rev. 05/08)

STATE OF ILLINOIS                 UNITED STATES OF AMERICA                        COUNTY OF DU PAGE
                          IN THE CIRCUIT COURT OF THE EIGHTEENTH JUDICIAL CIRCUIT

VILLAGE OF GLENDALE HEIGHTS

                          Plaintiff                    17 TR 078948
         vs                                           CASE NUMBER
WYSOCKI, JOZEF

                          Defendant          NOTICE OF MOTION AND PETITION              File Stamp Here

**Notice To:**   LOCAL PROSECUTOR                  GLENDALE HEIGHTS VILLAGE PROSECUTOR
                                                   STORINO RAMELLO DURKIN
                                                   9501 DEVON, SUITE 8000
                                                   ROSEMONT, IL 60018 847-318-9500

**You are hereby notified** that on _10 27 17_, at _1 PM_ or as soon thereafter as counsel may be heard, I
shall appear before the Presiding Judge in Courtroom _____GL_____ or any other judge as may be holding court in his/her
absence, within ☐ the DuPage County Judicial Center, 505 North County Farm Road, Wheaton, Illinois
OR            ☒ Other Court Location at _____ROOM 1003, 505 N COUNTY FARM RD, WHEATON, IL, 60187_____
and move this Honorable Court to grant the following petition:

☐ 1. Vacate and Quash the **Warrant of Arrest** dated _____ and to order a recall.

☐ 2. Vacate the **Bond Forfeiture** dated _____ and order its reinstatement.

☐ 3. Vacate the **Judgment of Forfeiture** dated _____ and order its reinstatement.

☐ 4. Vacate the **JOC and FTP** ordered on _____.

☐ 5. Vacate the _____ entered on _____ and further move this Court to
      reinstate this matter to the trial calendar or in the alternative set the matter for hearing on its merits at which
      time and place you may appear or not as you see fit to do so.

☒ 6. Other _____Change charge_____

Name: JOZEF WYSOCKI _____          ☐ Pro se

DuPage Attorney Number: _____           PLEASE NOTE: The relief requested cannot be
Attorney for: _____                     granted until an appearance before the court takes
Address: 5453 W BERENICE AVE _____       place.
City/State/Zip: CHICAGO, IL 60641 _____
Telephone Number: 2248758952 _____     _____Wysocki Jozef_____
                                                            Signature
                          **PROOF OF SERVICE**
On _10 18 2017_, I _____Jozef Wysocki_____                                    on oath state that
☐ I served this notice by delivering a copy personally to each person to whom it is directed.
☒ I served this notice by mailing a copy to each person to whom it is directed and deposited the same in the
   United States mail at _____, Illinois with the proper postage prepaid.
      Subscribed and sworn to before me
OCT 18 2017 _____Chris Kaghroulse_____                        _____Wysocki Jozef_____
   Date      Notary Public / Circuit Court Clerk                     Signature
                          BY

**CHRIS KACHIRBOUBAS, CLERK OF THE 18th JUDICIAL CIRCUIT COURT**
**WHEATON, ILLINOIS 60187-0707**

| ENTER DATE | JUDGE | ORDERS OF COURT |
|---|---|---|
| 7·29·17 | | P6/F6 P6/F6 CIS $100T (by agreem't) |
| NO·27·17 | | Motion to change charge denied. |
| 12·8·17 | | MTV denied |

NOV 17 2017

## ILLINOIS CITATION AND COMPLAINT
### GLENDALE HEIGHTS POLICE DEPARTMENT

Ticket Number: **156001896**

DCN:

**VIOLATOR**

**COMPLAINT**

| Case No. | Beat | SubBeat |
|---|---|---|
| | 2 | |

| County of | Township of |
|---|---|
| DUPAGE | |

☐ CITY/VILLAGE OF MUNICIPAL CORPORATION PLAINTIFF   VS.
GLENDALE HEIGHTS

**DEFENDANT**

| NAME | | SID # |
|---|---|---|
| WYSOCKI   JOZEF | | |
| LAST   FIRST   MIDDLE NAME | | |

| ADDRESS | EYES | |
|---|---|---|
| 5453 W BERENICE AVE | BLU | |
| STREET   APT# | | ■ MALE |

| CITY STATE ZIP | HAIR | HEIGHT | WEIGHT |
|---|---|---|---|
| CHICAGO IL 60641 | GRY | 5'10" | 190 LBS |

| DR. LIC. | STATE | CDL | EXPIR. DATE | DOB |
|---|---|---|---|---|
| W220-4204-7260 | IL | Y | 09/12/2021 | 09/12/1947 |

The Undersigned states that on 09/14/2017 at 12:33 AM
defendant did unlawfully operate:

**VEHICLE**

| REG NO. | STATE | MO/YEAR | US DOT # |
|---|---|---|---|
| R690570 | IL | 06/2018 | |

| MAKE | YEAR | COLOR |
|---|---|---|
| SUBARU | 1993 | SILVER/ALUMINI |

| TYPE | VEHICLE USE: | |
|---|---|---|
| PASSENGER CAR | COMMERCIAL MOTOR VEHICLE | ☐ YES ■ NO |
| | PLACARDED HAZ. MATERIAL | ☐ YES ■ NO |
| | 16 OR MORE PASS. VEHICLE | ☐ YES ■ NO |

or as a Pedestrian or Passenger, and upon a Public Highway, or other Location, Specifically
W/B 800 E NORTH AVE

located in the County and State Aforesaid and Did Then and There Commit the Following Offense ■ Urban District

**VIOLATION**

■ LOCAL ORDINANCE
625 ILCS 5/11-606(a)
Nature of Offense: **VIOLATED MINIMUM SPEED REGULATIONS ON OTHER THAN TOLLROADS**

**14 MPH in a 45 MPH Zone**

**INCIDENT**

ACCIDENT TYPE: NONE      CAD No:

Road Conditions: DRY
Visibility: NIGHT;CLEAR
Methods: RADAR;MARKED
Notations:

VEHICLE 15 MPH IN 45 MPH. STOPPED IN LEFT LANE OF TRAFFIC, VEHICLES TRAVELLING 45 MPH HAD TO PASS LAST MINUTE TO AVOID COLLISSION. NO HAZARDS

**RELEASE**

METHOD OF RELEASE  BAIL AMOUNT: $120   Total Bond/Bail Posted:
**PROMISE TO COMPLY**

WITHOUT ADMITTING GUILT, I promise to comply with the terms of this Ticket and Release.
Signature X _____

**CourtPlace/Date**

CIRCUIT COURT LOCATION, DATE, and TIME

☒ **NO COURT APPEARANCE REQUIRED**
COURTROOM 1003 TRAFFIC COURT - GL
DUPAGE COUNTY JUDICIAL CENTER
ROOM 1003
505 N. COUNTY FARM RD
Court Location **WHEATON IL 60187**
Date: 09/29/2017       Time: **1:00 PM**

SEE INSTRUCTIONS in the column to the right.

Under penalties as provided by law for false certification pursuant to Section 1-109 of the Code of Civil Procedure and perjury pursuant to Section 32-2 of the Criminal Code of 2012, the undersigned certifies that the statements set forth in this instrument are true and correct.

| SEPTEMBER | 14 | 2017 | | 362 |
|---|---|---|---|---|
| Month | Day | Year | Officer: PUGH, Z | ID No. |

Nov2014-v1.1
DEVICE ID: 156
CLIENT: 5.10.0.59, DEPLOYMENT: 659,203

---

### Read These Instructions Carefully

Your ticket has been marked ☒ NO COURT APPEARANCE REQUIRED. You have the following option:

1. If you wish to plead "GUILTY", complete the "PLEA OF GUILTY AND WAIVER" provided and follow those instructions. Mail the guilty plea with full payment of fine and costs as noted, or go to https://epay.18thjudicial.org to enter your plea and pay online.

Fine and Costs
The fine and costs where court appearances are not required are:
(a) $120.00 for all complaints, except (b) and (c) below;
(b) $60.00 for seat belt violations cited under 625 ILCS 5/12-603.1;
(c) $140.00 for speeding more than 20 mph but not more than 25 mph over the limit.

Payment Options
The DuPage County Circuit Clerk accepts payment online at https://epay.18thjudicial.org, in person or by mail. Payment must be by cash, money order, certified check, bank draft, travelers check, or credit card. Do not send cash if paying by mail.

### Method of Release - Failure To Appear

The method of release is noted in the "Release" section. The result of your failure to appear or pay this ticket is determined by the method of release identified below and whether your ticket is marked "Court Appearance Required" or "No Court Appearance Required".

PROMISE TO COMPLY
A notice of suspension of your driving privileges will be sent to your licensing state; Or, a judgment may be entered against you for fine, penalties, and costs as provided in the NOTICE; Or, the court may issue a warrant for your arrest.

---

### NOTICE
### OF CONSENT FOR ENTRY OF JUDGMENT

If a driver's license, cash bail, bond certificate, or an individual bond was posted or if you were released on a Notice to Appear or Promise to Comply and you were charged with an offense which does not require a court appearance, YOU ARE HEREBY NOTIFIED THAT:

In the event that you fail to appear in court or answer the charge on the date set for your appearance, or any date to which the case is continued, or you do not submit a written plea of guilty to the clerk at least three (3) days before the date, you thereby consent to the entry of a judgment of conviction against you in the amount of the applicable fine, penalties, and costs. The cash bail or other security deposited will be used to pay the fines, penalties, and costs. If you are an Illinois Driver and you fail to pay in full any judgments imposed, a notice will be sent to the Secretary of State and your driver's license will not be renewed, reissued, or reclassified, until full payment is received.

**Court Communication**
**Citation Reference**

Issuing Agency: **GLENDALE HEIGHTS POLICE DEPARTMENT**
Citation Number: **156001896**
Defendant Name: **WYSOCKI, JOZEF,**
Violation Reference: **625 ILCS 5/11-606(a)**
Date of Issuance: **09/14/2017**
Issuing Officer: **PUGH, Z     362**
County of Occurrence: **DUPAGE**
Office of the Circuit Clerk
505 N. County Farm Road
P.O. Box 707
Wheaton, IL 60187-0707

## GUILTY PLEA

If you intend to plead <u>GUILTY</u> to the ticket and <u>No</u> Court Appearance is Required.

1. Complete this form.

2. Mail this form, together with the fine and costs to the Clerk of the Court, Traffic Section, at the address noted in the Court Communication Citation Reference, at the top of this form. You must mail this completed form, with all fine and costs, **no earlier than ten (10) work days** after the ticket was issued (noted on the top half, below "Defendant" section, of the ticket), **and no later than three (3) work days** before the court appearance date noted on the bottom half of the ticket in the "Court Place/Date" section or as may have been provided by the clerk of the court.

<u>FINE AND COSTS</u>

The fine and costs where court appearances are not required are:

(a) $120.00 for all complaints, except (b) and (c) below;

(b) $60.00 for seat belt violations cited under 625 ILCS 5/12-603.1;

(c) $140.00 for speeding <u>more</u> than <u>20</u> mph but <u>not more</u> than <u>25</u> mph over the limit.

**Note: Payment must be by cash, money order, certified check, bank draft, or traveler's check unless otherwise authorized by the clerk of the court. (DO NOT SEND CASH IN THE MAIL; use cash only if paying in person.)**

## PLEA OF GUILTY AND WAIVER

I, the undersigned, do hereby plead guilty to the charge noted on this ticket. I understand my right to a trial, that my signature to this plea of guilty will have the same force and effect as a judgment of court and that this record will be sent to the Secretary of State of this State (or of the State where I received my license to drive). I hereby PLEAD GUILTY to the said offense on this ticket, GIVE UP my right to trial, and agree to pay the penalty required.

| | |
|---|---|
| Defendant's Signature | Date |
| Mailing Address | Street |
| City | State     Zip |



**GLENDALE HEIGHTS POLICE DEPARTMENT**

**DOUGLAS R. FLINT**
Chief of Police

300 CIVIC CENTER PLAZA • GLENDALE HEIGHTS, IL 60139
PHONE (630) 909-5430
FAX: (630) 668-2993
EMAIL: dflint@glendaleheights.org

**ILLINOIS**

Jesse White • Secretary of State — USA
**CLP**
4d LIC NO: W220-4204-7260
3 DOB: 09/12/1947
4b EXP: 07/01/2019   4a ISS: 01/02/2019
Invalid unless accompanied by Illinois driver's license
1 WYSOCKI
2 JOZEF
8 5453 W BERENICE AVE
CHICAGO, IL 60641
9 CLASS: A   9a END: NONE
12 REST: B
15 SEX: M   16 HGT: 5'-10"
17 WGT: 190 lbs   18 EYES: BLUE   TYPE: ORG
5 DD 20190102314EV5906



**ILLINOIS**

Jesse White • Secretary of State — USA
**CDL**
4d LIC NO: W220-4204-7260
3 DOB: 09/12/1947
4b EXP: 09/12/2021   4a ISS: 04/13/2017
1 WYSOCKI
2 JOZEF
8 5453 W BERENICE AVE
CHICAGO, IL 60641
9 CLASS: A   9a END: NONE
12 REST: B
15 SEX: M   16 HGT: 5'-10"
17 WGT: 190 lbs   18 EYES: BLUE   TYPE: COR
5 DD 20170413216RP3032



**ILLINOIS**

Jesse White • Secretary of State — USA
**DRIVER'S LICENSE**
4d LIC NO: W220-4204-7260
3 DOB: 09/12/1947
4b EXP: 09/12/2022   4a ISS: 12/13/2017
1 WYSOCKI
2 JOZEF
8 5453 W BERENICE AVE
CHICAGO, IL 60641
9 CLASS: D   9a END: NONE
12 REST: B
15 SEX: M   16 HGT: 5'-10"
17 WGT: 190 lbs   18 EYES: BLUE   TYPE: ORG
5 DD 20171213314EV2826

Jozef Wysocki
1085 Arnold Ct
Des Plaines, IL 60016

June 7th, 2012

U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530-0001

Dear Ms. Christina Gomandi,

I would like to ask the US Department of Justice to conduct a detailed investigation of my case. I was greatly wronged. The perpetrator of this wrong was one of the many employees of the Secretary of State of Illinois. Without cause and proof he accused me of Trespassing on State Property (Case 12200053901). On January 17, 2012 I went to the Secretary of State to obtain my driving record, where I met a man named Tom Lakoni, who was very unprofessional, brutal and rude. This man has harmed many people; among others he put many people in prison, to mention Governor George Ryan's drivers licenses case. My friend Wojtek Grabinski, owner of the Presto Driving School in Des Plaines IL, was sentenced to 8 months in prison for no reason. Tom Lakoni is the black sheep at the Department of Motor Vehicles at 650 Pollo Dr. in Elk Grove Village IL. Tom Lakoni is the most corrupt person in this place. He sells everyone out left and right. This man reported me to the Secratary of State's Police and on November 1 a man named Florkow unlawfully entered my house and arrested me for trespassing. Florkow harrassed me for several years: I was not allowed to speak to anyone in the public offices of the Secretary of State. My good defender Terry Monteblanc, state senator Barack Obama, Secreary Jennifer Maison and Carol Mosely, the office manager for Senator Obama, none of them mattered. Florkow harrassed me however and whenever he wanted. After three years this brutal process has finally gotten to me; they have no right to do this because when they showed up at my house they had no arrest warrant, the summons for trial had no seal and was not signed by the Clerk of the Court, the Des Plaines police stormed into my house and arrested me.

I would like to ask why 14 million people live in Illinois in peace and relatively happily, yet I, a citizen of this country, cannot do so. By giving this statement to Ms. Christina Gomandi I request a detailed investigation. Under consideration of Judge Jackson, I was sentenced to one

year for this charge. Once again I ask why this state within a state exists, Florkow is not very intelligent but despite this he harms people. Is there a way to free myself from this horrible individual.

Dear Ms. Gomandi, I spoke with you about this matter and you know exactly what the issue is. I sincerely ask that this charge be expunged from my record. Returning to the issue of Florkow, this indivudual is very unintelligent and must follow someones orders but in defending himself he harms many people and I firmly believe that a careful investigation of this case will help me win it.

First, the arrest warrant for unlawful entry and the summons for trial had no seal or signature from the judge or the court clerk. This individual should face the consequences of violating the rights of a free individual. Ms. Gomandi, if your department is able to conduct an investigation, please contact me at (224) 875-8952 for more information regarding Tom Lakoni, this treacherous individual who would sell anyone to protect himself. He has dug under many people, including former Governor George Ryan.

Please contact Terry Montblanc in the Springfield office of Chuck Criser, general manager of the CDL Office of West Chicago. Ms. Gomandi, please help me, I am counting on you. My civil rights were violated and trampled by people who should be punished.

I do not understand why among 14 million other citizens of this state, I, one poor individual, deserve this type of punishment. I am not allowed to do what my rights as a citizen should allow me to do. I am living with this shame that not everyone would be willing to bear. These people are ruthless and short sighted while the State of Illinois allows them to do this. I have lived in this country for 33 years and besides this wrong that I have experienced I also regret the human cruelty that I face every time. My life in this country has hit a wall, 33 years years wasted on bitterness, sadness and regret. Sometimes I think that it would be better to die than continue suffering.

Ms. Gomandi, please help me and understand my situation, I think that you are an intelligent

person and that unlike these other peope you do not think that every weak individual must be destroyed. Once again, I send my regards and ask for your help.

Additionally, I ask that my civil rights be returned. Why am I forbidden from having contact with authorized individuals at the Secretary of State of Illinois? I have done nothing wrong and do not deserve to be treated this way. Ms. Gomandi, please contact me, I am available 24 hours a day.

Sincerely,

Jozef Wysocki

3-12-2015

Tel. 2248758952

A FEW WAYS TO USE WHITEPAGES

Get Background Information
Verify someone is who they say with criminal history, public records and property info.

Get In Touch
Get complete contact information, including mobile numbers and addresses.

**One result found**

Hide Filters ▲ Show Filters ▼

# One result for Wojciech Grabinski

## One result found

Hide Filters ▲ Show Filters ▼

## Exact Matches

See only ⊘ exact matches (1 or more) for Wojciech Grabinski

## Age Range

18 80+
Apply

Show more premium results ∨    Hide Premium Results ∧

Age
60s

## Wojciech T Grabinski



Harwood Heights, IL
Other Locations
Harwood Heights IL
Chicago IL
Cary IL
Des Plaines IL
Schaumburg IL
Streamwood IL
Family
Vaclav Zinek
Lenka Zinkova
Grace Grabinski
Gracita G Grabinski
Wok Inch Grabinski
Age 60s

TYPE ACTION

| | |
|---|---|
| 01 | MANDATORY REVOCATION TV 217-785-8619 (SR-22 INSURANCE REQUIRED) |
| 02 | DISCRETIONARY REVOCATION TV 217-785-8619 (SR-22 INSURANCE REQUIRED) |
| 03 | DISCRETIONARY SUSPENSION TV 217-785-8619 |
| 04 | SAFETY RESPONSIBILITY SUSPENSION S&FR 217-782-3720 (SR-22 INSURANCE REQUIRED) |
| 05 | FINANCIAL RESPONSIBILITY SUSPENSION S&FR 217-782-3720 |
| 06 | UNSATISFIED JUDGMENT SUSPENSION S&FR 217-782-3720 (SR-22 INSURANCE REQUIRED) |
| 07 | PARKING TICKET/TOLLWAY/TRAFFIC SUSPENSION C&SS 217-785-9439 |
| 08 | CANCELLATION OF LICENSE TV 217-785-8619 |
| 09 | FAILURE TO APPEAR SUSPENSION TV 217-785-8619 |
| 10 | AMENDED ORDER TV 217-785-8619 |
| 11 | RECORD HISTORY ITEM |
| 12 | CITED FOR EXAMINATION RECORDS 217-782-2720 |
| 13 | SIGNED AFFIDAVIT FOR LOST OR STOLEN LICENSE, LIEU OF BAIL, ETC. |
| 14 | COLLISION INVOLVING PROPERTY DAMAGE CENTRAL SERVICES 217-785-1424 |
| 16 | COLLISION INVOLVING FATAL INJURY CENTRAL SERVICES 217-785-1424 |
| 17 | STATUTORY SUMMARY SUSPENSION DUI 217-782-3619 |
| 19 | COLLISION INVOLVING PERSONAL INJURY CENTRAL SERVICES 217-785-1424 |
| 20 | RESCIND TV 217-785-8619 |
| 22 | 'STOP' PLACE IN FILE BASED ON REASON CODE |
| 27 | ILLINOIS LICENSE SURRENDERED TO FOREIGN STATE CDL 217-524-1350 |
| 28 | REPORTED DECEASED CENTRAL SERVICES 217-785-1424 |
| 29 | LIEU OF BAIL STATUS ITEM TV 217-785-8619 |
| 32 | DENIAL OF RESTRICTED DRIVING PERMIT HEARINGS 217-782-7065 |
| 33 | DENIAL OF LICENSE HEARINGS 217-782-7065 |
| 34 | EXTENSION OF REVOCATION TV 217-785-8619 |
| 35 | EXTENSION OF SUSPENSION TV 217-785-8619 |
| 37 | EXTENSION OF STATUTORY SUMMARY TV 217-785-8619 |
| 40 | FORMAL HEARING HEARINGS 217-782-7065 |
| 41 | CDL DISQUALIFICATION HEARING CDL 217-524-1350 |
| 43 | D.C.F.S. APPROVED CHILD CARE DRIVER SCHOOL BUS 217-782-7674 |
| 45 | SCHOOL BUS HISTORY ITEM SCHOOL BUS 217-782-7674 |
| 46 | RELIGIOUS ORGANIZATION BUS OR SENIOR CITIZEN TRANSPORTATION DRIVER FIELD 217-782-7044 |
| 47 | F.R. FUTURE PROOF REQUIRED S&FR 217-782-3720 |
| 48 | PUBLIC SCHOOL BUS DRIVER OR HIGH SCHOOL DRIVER EDUCATION INSTRUCTOR SCHOOL BUS 217-782-7674 |
| 49 | CERTIFICATION SAFETY OFFICER OR COMMERCIAL DRIVER TRAINING INSTRUCTOR TOM WEKONY (847-437-3953) |
| 50 | INFORMAL HEARING HELD HEARINGS 217-782-7065 |
| 51 | FAMILY FINANCIAL RESPONSIBILITY HISTORY ITEM HEARINGS 217-782-3296 |
| 52 | SHOW CAUSE HEARING HEARINGS 217-782-7065 RECOMMEND ACTION |
| 53 | SHOW CAUSE HEARING HEARINGS 217-782-7065 RECOMMEND NO ACTION |
| 55 | DRIVER REMEDIAL PROGRAM AND/OR COURT SUPERVISION CENTRAL SERVICES 217-785-1424 |
| 57 | STATUTORY SUMMARY SUSPENSION ITEM DUI 217-782-3619 |
| 58 | VEHICLE EMISSSIONS SUSPENSION HISTORY ITEM |
| 60 | WARNING LETTER TV 217-785-8619 |
| 61 | ADDRESS CHANGE CENTRAL SERVICES 217-785-1424 |
| 65 | DL OR ID APPLICATION DATA FIELD 217-782-7044 |
| 68 | OUT-OF-STATE CONVICTION CDL 217-524-1350 OR (RECORD HISTORY ITEM ONLY) CENTRAL SERVICES 217-785-1424 |
| 70 | FAMILY RESPONSIBILITY PERMIT HELEN BOOZAN 217-785-1440 |

| | |
|---|---|
| 71 | PROBATIONARY PERMIT, TEMPORARY INSTRUCTION PERMIT OR TEMPORARY DRIVERS LICENSE, OR SEASONALLY RESTRICTED CDL RECORDS 217-782-2720 |
| 72 | PARKING TICKET TOLLWAY SUSPENSION C&SS 217-785-9439 |
| 73 | REINSTATEMENT FEE FOR SUSPENSION – TV 217-785-8619 |
| 74 | REVOKED PRIVILEGES REINSTATED TV 217-785-8619 |
| 78 | RESTRICTED/OCCUPATIONAL DRIVING PERMIT HEARINGS 217-782-7065 |
| 79 | JUDICIAL DRIVING PERMIT (Obsolete 12/31/08) |
| 80 | OUT-OF-STATE ACCIDENT CDL 217-524-1350 |
| 81 | D.C.F.S. CHILD CARE DRIVER STATUS ITEM SCHOOL BUS 217-782-7674 |
| 82 | OUT-OF-STATE CONVICTION CDL 217-524-1350 (DL AND/OR CDL SANCTIONS IMPOSED) |
| 83 | OUT-OF-STATE CONVICTION (IMMEDIATE ACTION) CDL 217-524-1350 |
| 84 | F.R. FUTURE PROOF FILINGS COMPLETED S&FR 217-782-3720 |
| 85 | OUT-OF-STATE CONVICTION (NO POINTS ASSIGNED) CDL 217-524-1350 |
| 87 | OUT-OF-STATE CONVICTION (POINTS ASSIGNED) CDL 217-524-1350 |
| 89 | OUT-OF-STATE WITHDRAWAL CDL 217-524-1350 |
| 91 | CONVICTIONS OF DRIVERS UNDER AGE 15 AT TIME OF ARREST CENTRAL SERVICES 217-785-1424 |
| 93 | IMMEDIATE ACTION CONVICTION – BOND FORFEITURE (NO POINTS ASSIGNED) TV 217-785-8619 |
| 94 | IMMEDIATE ACTION CONVICTION (NO POINTS ASSIGNED) TV 217-785-8619 |
| 95 | CONVICTION-BOND FORFEITURE (NO POINTS ASSIGNED) TV 217-785-8619 |
| 96 | CONVICTION (NO POINTS ASSIGNED) TV 217-785-8619 |
| 97 | CONVICTION –BOND FORFEITURE (POINTS ASSIGNED) TV 217-785-8619 |
| 99 | CONVICTION (POINTS ASSIGNED) TV 217-785-8619 |
| DQ | DISQUALIFICATION CDL 217-524-1350 |
| FP | FAILURE TO PAY COURT IMPOSED FINE/PENALTY C&SS 217-785-9439 |
| IV | INVALIDATION OF LICENSE OR PERMIT CENTRAL SERVICES 217-785-1424 |
| NP | LICENSE ISSUED VALID WITHOUT PHOTO AND/OR SIGNATURE RECORDS 217-782-2720 |
| OS | OUT OF SERVICE CDL 217-524-1350 |
| SC | SUPERVISION/CONVICTION CDL 217-524-1350 (WHEN OFFENSE COMMITTED IN CMV, HAZMAT INVOLVED, OR A CDL HOLDER) |
| SD | START/END DATE OF 3-YR PERIOD CDL 217-524-1350 |
| SR | SWORN REPORT CDL 217-524-1350 |
| DN | DENIAL OF LICENSE OR PERMIT CENTRAL SERVICES 217-785-1424 |
| ZT | ZERO TOLERANCE SUSPENSION DUI 217-782-3619 |
| EZ | EXTENSION OF ZERO TOLERANCE SUSPENSION TV 217-785-8619 |
| FR | FAMILY FINANCIAL RESPONSIBILITY SUSPENSION S&FR 217-782-3720 |
| FE | SAFETY & FINANCIAL RESPONSIBILITY FEE STATUS ITEM S&FR 217-782-3720 |
| AV | FAILURE TO PAY ABANDONED VEHICLE FINES C&SS 217-785-9439 |
| CC | CERTIFICATE OF COMPLETION-DRIVERS EDUCATION RC 58 TOM WEKONY (847-437-3953) RC 59 FIELD 217-782-7044 |
| MC | MANDATORY INSURANCE CONVICTION SUSPENSION S&FR 217-782-3720 |
| ES | EXTENSION OF STATUTORY SUMMARY SUSPENSION BAIID 217-524-0660 |
| MP | MONITORING DEVICE DRIVING PERMIT (MDDP) (Eff. 01/01/09) BAIID 217-524-0660 |
| BK | BANKRUPTCY S&FR 217-782-3770 OR C&SS 217-785-9439 |